**FILED**
Nov 19, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| From: | ECF-CAND |
| To: | CAND EFiling |
| Subject: | Activity in Case 3:20-mj-71662-MAG USA v. Sanchez Notice of Criminal Case Transfer |
| Date: | Thursday, November 19, 2020 12:56:02 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

CAED Case No. 2:20-mj-0174 KJN

## Notice of Electronic Filing

The following transaction was entered on 11/19/2020 at 12:55 PM PST and filed on 11/19/2020
**Case Name:**     USA v. Sanchez
**Case Number:**   3:20-mj-71662-MAG
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**NOTICE OF CRIMINAL CASE TRANSFER.**

**Case transfer from California Northern to Eastern District of California (Sacramento) of a Rule 5 Appearance as to Desiree Brianna Sanchez. Your case number is: 2:20-mj-00174-KJN-1. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov** *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* **(jlgS, COURT STAFF) (Filed on 11/19/2020)**


**3:20-mj-71662-MAG-1 Notice has been electronically mailed to:**

Ellen Valentik Leonida     ellen_leonida@fd.org, Alyce_Kalmar@fd.org, joathan_nunez@fd.org

Scott D. Joiner     scott.joiner@usdoj.gov, CaseView.ECF@usdoj.gov, kimberly.richardson2@usdoj.gov, Lance.Libatique@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DESIREE BRIANNA SANCHEZ,<br><br>　　　　　　Defendant. | Case No. 20-mj-71662-MAG-1  (JSC)<br><br>Charging District's Case No.<br>2:20-mj-0174-KJN |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of California. The defendant may need an interpreter for this language: none.

　　The defendant:　　　( ) will retain an attorney.

　　　　　　　　　　　　(x) is requesting court-appointed counsel.

　　The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: November 18, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　United States Magistrate Judge

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:20-mj-71662-MAG All Defendants

Case title: USA v. Sanchez  
Other court case number: 2:20-mj-00174-KJN-1 Eastern District of California (Sacramento)

Date Filed: 11/18/2020  
Date Terminated: 11/19/2020

Assigned to: Magistrate Judge

### Defendant (1)

**Desiree Brianna Sanchez**  
*TERMINATED: 11/19/2020*

represented by **Ellen Valentik Leonida**  
Federal Public Defender's Office  
450 Golden Gate Avenue  
Room 19-6884  
Box 36106  
San Francisco, CA 94102  
(415) 436-7700  
Fax: (415) 436-7706  
Email: ellen_leonida@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 371 - Conspiracy | |

### Plaintiff

**USA**

represented by **Scott D. Joiner**  
U.S. Attorney's Office  
Corporate Fraud Strike Force

450 Golden Gate Ave.
San Francisco, CA 94102
(415) 436-7200
Fax: (415) 436-7234
Email: scott.joiner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Desiree Brianna Sanchez (1). (Attachments: # 1 Criminal Complaint, # 2 Warrant) (jlgS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/18/2020 |  | Arrest of Desiree Brianna Sanchez in Northern District of California. (jlgS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/18/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Initial Appearance as to Desiree Brianna Sanchez held on 11/18/2020. Added attorney Ellen Valentik Leonida for Desiree Brianna Sanchez.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Total Time in Court: 00:10. Court Reporter: 11:27 - 11:37 (Recorded by Zoom). Plaintiff Attorney: Scott Joiner. Defendant Attorney: Ellen Leonida. Pretrial Officer: Sean Hamel. Defendant Present: Yes. Defendant in Custody: Yes. (jlgS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/19/2020) |
| 11/19/2020 | 3 | CJA 23 Financial Affidavit by Desiree Brianna Sanchez. (jlgS, COURT STAFF) (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/19/2020 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Desiree Brianna Sanchez. Defendant committed to District of Eastern District of California (Sacramento). Signed by Magistrate Judge Jacqueline Scott Corley on 11/18/2020. (jlgS, COURT STAFF) (Filed on 11/19/2020) (Entered: 11/19/2020)** |
| 11/19/2020 | 5 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Eastern District of California (Sacramento) of a Rule 5 Appearance as to Desiree Brianna Sanchez. Your case number is: 2:20-mj-00174-KJN-1. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (jlgS, COURT STAFF) (Filed on 11/19/2020) (Entered: 11/19/2020) |

**PACER Service Center**

**Transaction Receipt**

| | 11/19/2020 13:09:40 | | |
|---|---|---|---|
| **PACER Login:** | jd9260:4268362:4268475 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-mj-71662-MAG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**