PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE BRIANNA SANCHEZ,<br><br>Defendant. | CASE NO.  2:20-MJ-0174-KJN<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: June 18, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant DESIREE BRIANNA SANCHEZ, both individually and by and through her counsel of record, JEROME PRICE, hereby stipulate as follows:

1. The Complaint in this case was filed on November 6, 2020, charging Sanchez with one count of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371. Sanchez first appeared before a judicial officer of the Northern District of California on December 17, 2020, and was detained. She then first appeared in this district on January 27, 2021, where the Complaint is pending. The Court set a preliminary hearing date of February 10, 2021. ECF 8.  The preliminary hearing date was later continued to April 2, 2021, to May 7, 2021, and again to June 18, 2021.

By this new stipulation, the parties jointly move for an extension of time of the preliminary hearing date to July 23, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of

the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. The government has produced discovery relevant to this case, including over 1,000 pages of law enforcement reports, bank records, photographs, and criminal histories. The government has also recently produced multiple gigabytes of documents from a data extraction of one of defendant's smartphones, which defense counsel has been unable to access. This month, the government intends to reproduce this smartphone evidence as well as additional police reports, bank records, and surveillance footage. Defense counsel needs time to review and consider all the evidence and to conduct further investigation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 18, 2021, and July 23, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  June 11, 2021                         PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ ROBERT J. ARTUZ
                                              ROBERT J. ARTUZ
                                              Special Assistant U.S. Attorney

Dated:  June 11, 2021                         /s/ *Jerome Price*
                                              JEROME PRICE
                                              Assistant Federal Defender
                                              Counsel for Defendant
                                              DESIREE BRIANNA SANCHEZ

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>DESIREE BRIANNA SANCHEZ,<br><br>                        Defendant. | CASE NO.  2:20-MJ-0174-KJN<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: June 18, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 11, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to July 23, 2021, at 2:00 p.m.

2. The time between June 18, 2021, and July 23, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: JUNE 11, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE