PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DESIREE BRIANNA SANCHEZ,<br><br>  Defendant. | CASE NO. 2:21-CR-142 KJM<br><br>STIPULATION REGARDING RESTITUTION; ORDER<br><br>DATE: NONE<br>TIME: NONE<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2022, the Court conducted a sentencing hearing and sentenced Defendant Desiree Sanchez (aka Desiree Bello) to 57 months' incarceration. After discussing the matter of restitution with the parties, the Court set a restitution hearing to ensure that victims of the defendant's offenses have had sufficient time to make a claim.

2. On May 23, 2022, the Court conducted a restitution hearing and the government presented evidence showing that restitution should be awarded to three victims in the amounts of $62.00 (Victim BB), $50.00 (Victim K.C.), and $18.80 (Victim M.S.), for a total of $130.80. Prior to the restitution hearing, the government submitted a restitution spreadsheet with this information to Probation, which includes an identification of the victims and their contact information.

3. The parties now agree and stipulate that the Court should award restitution to these victims as presented in the government's restitution spreadsheet, for a total amount of $130.80. The parties further agree and request that the Court issue an amended Final Judgement that includes this award of restitution.

4. The parties further agree and request that the Court vacate the restitution briefing schedule.

IT IS SO STIPULATED.

Dated: May 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Assistant U.S. Attorney

Dated: May 27, 2022

/s/ JEROME PRICE
JEROME PRICE
First Assistant Federal Defender
Counsel for Defendant
DESIREE BRIANNA SANCHEZ

**ORDER**

The Court will enter an Amended Final Judgment that includes an award of restitution as stipulated to by the parties. The briefing scheduled regarding restitution is vacated.

IT IS SO ORDERED this 27th day of May, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2